United States District Court
Southern District of Texas
**ENTERED**
February 12, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| SHARON A. RAMSEY, § § Plaintiff, § § v. § § MARTIN J. O'MALLEY, § Commissioner of the Social Security § Administration, § § Defendant. § | CIVIL ACTION NO. 2:23-cv-00200 |

## ORDER AND JUDGMENT

This is an appeal of a final decision of the Commissioner of the Social Security Administration; the case has been referred to the undersigned. Pending before the Court is Defendant's unopposed motion to reverse with remand this case to the Commissioner for further administrative proceedings. (Doc. No. 14.) The motion is **GRANTED**.

The final administrative decision in this case is **REVERSED and REMANDED** to the Commissioner pursuant to sentence four of the Social Security Act, 42 U.S.C. § 405(g), for further proceedings. The Clerk of Court is **ORDERED** to terminate all motions and settings and to close this case.

ORDERED on February 11, 2024.

_____
MITCHEL NEUROCK
United States Magistrate Judge